# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Abrams, Ronnie | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>07/23/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007-1312

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Abrams, Ronnie | 07/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Davis Polk & Wardwell LLP - K1 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andres Family Partnership | C | Int./Div. | M | U | | | | | |
| 2. Rosbur Corporation | D | Dividend | M | T | | | | | |
| 3. Citibank Cash Accounts | A | Interest | P1 | T | | | | | |
| 4. Brokerage Accounts (H) | | | | | | | | | |
| 5. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |
| 6. Delaware Diversified Income Fund | A | Dividend | J | T | | | | | |
| 7. Cullen International High Dividend Fund - Institutional Class | C | Dividend | M | T | | | | | |
| 8. Lord Abbett Intermediate Tax Free Fund - Class F | C | Dividend | | | Sold (part) | 02/07/20 | J | A | |
| 9. | | | | | Sold (part) | 03/27/20 | M | A | |
| 10. | | | | | Sold | 03/30/20 | M | A | |
| 11. Lord Abbett Growth Leaders Fund | D | Dividend | M | T | | | | | |
| 12. Lord Abbett Affiliated Fund | C | Dividend | M | T | | | | | |
| 13. Pimco Income P | C | Dividend | M | T | Sold (part) | 03/30/20 | M | A | |
| 14. | | | | | Buy (add'l) | 07/14/20 | L | | |
| 15. | | | | | Buy (add'l) | 11/18/20 | K | | |
| 16. Guggenheim Macro Opport I | C | Dividend | M | T | Sold (part) | 03/30/20 | M | A | |
| 17. | | | | | Buy (add'l) | 07/14/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Delaware Value Instl | C | Dividend | M | T | | | | | |
| 19. Doubleline Total Return | B | Dividend | | | Sold | 03/30/20 | M | A | |
| 20. Angel Oak Multi Strat | B | Dividend | | | Sold | 03/27/20 | L | A | |
| 21. Putnam Diversified Inc TR | A | Dividend | | | Sold | 03/24/20 | K | A | |
| 22. Cullen Emerging Mkts High Div | A | Dividend | J | T | | | | | |
| 23. PGIM Jennison Growth Fund | D | Dividend | M | T | | | | | |
| 24. MSIF Ultra-Short Income Fund | C | Dividend | O | T | Buy<br>(add'l) | 01/22/20 | P1 | | |
| 25. | | | | | Buy<br>(add'l) | 01/30/20 | O | | |
| 26. | | | | | Sold<br>(part) | 02/24/20 | L | A | |
| 27. | | | | | Sold<br>(part) | 02/25/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 03/23/20 | P1 | A | |
| 29. | | | | | Buy<br>(add'l) | 10/07/20 | N | | |
| 30. | | | | | Sold<br>(part) | 11/16/20 | M | A | |
| 31. | | | | | Buy<br>(add'l) | 12/02/20 | O | | |
| 32. | | | | | Sold<br>(part) | 12/04/20 | L | A | |
| 33. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 34. | | | | | Sold<br>(part) | 12/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Abrams, Ronnie | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Goldman Sachs Dynmc Muni | B | Dividend | | | Sold | 03/24/20 | M | A | |
| 36. Harding Loevner Intl Equity Inst | C | Dividend | N | T | Buy | 01/23/20 | L | | |
| 37. | | | | | Buy<br>(add'l) | 07/14/20 | M | | |
| 38. | | | | | Buy<br>(add'l) | 11/18/20 | K | | |
| 39. Lord Abbett Hi Yld Muni Bond Fund | A | Dividend | M | T | Buy | 11/18/20 | L | | |
| 40. MSIF Growth Fund | D | Dividend | M | T | Buy | 07/14/20 | L | | |
| 41. MSILF Government PTF | A | Dividend | J | T | Buy | 03/26/20 | P1 | | |
| 42. | | | | | Buy<br>(add'l) | 03/30/20 | O | | |
| 43. | | | | | Buy<br>(add'l) | 03/30/20 | M | | |
| 44. | | | | | Sold<br>(part) | 04/22/20 | M | A | |
| 45. | | | | | Sold<br>(part) | 07/02/20 | M | A | |
| 46. | | | | | Sold<br>(part) | 07/10/20 | P1 | A | |
| 47. | | | | | Sold<br>(part) | 07/22/20 | N | A | |
| 48. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 49. | | | | | Sold<br>(part) | 11/13/20 | N | A | |
| 50. | | | | | Sold<br>(part) | 11/13/20 | L | A | |
| 51. Metropolitan Wst Uncnstrd Bd I | B | Dividend | M | T | Buy | 07/14/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Performance Trust Strat Bd I | C | Dividend | M | T | Buy | 07/14/20 | L | | |
| 53. | | | | | Buy (add'l) | 11/18/20 | K | | |
| 54. Principal Small Midcap Div Inc I | B | Dividend | M | T | Buy | 07/14/20 | L | | |
| 55. | | | | | Buy (add'l) | 07/14/20 | L | | |
| 56. Principal SPC Prf & Cp Sec Inc I | C | Dividend | N | T | Buy | 11/18/20 | M | | |
| 57. Virtus Kar Small-Cap Value I | B | Dividend | M | T | Buy | 07/14/20 | L | | |
| 58. | | | | | Buy (add'l) | 11/18/20 | K | | |
| 59. JP Morgan Equity Income I | B | Dividend | N | T | Buy | 07/14/20 | L | | |
| 60. | | | | | Buy (add'l) | 11/17/20 | L | | |
| 61. | | | | | Buy (add'l) | 11/18/20 | L | | |
| 62. VSS II Onshore Feeder CPV LP | D | Int./Div. | K | U | Buy | 02/28/20 | J | | |
| 63. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 64. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 65. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 66. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 67. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 68. | | | | | Buy (add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ashbridge Secondaries II LP | A | Int./Div. | J | U | Buy | 12/14/20 | J | | |
| 70. HedgePremier/Balyasny Fund II LP | F | Int./Div. | N | U | Buy | 04/28/20 | M | | |
| 71. IRA # 1 (H) | | | | | | | | | |
| 72. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |
| 73. Cullen International High Dividend Fund - Institutional Class | B | Dividend | L | T | Sold (part) | 03/23/20 | K | A | |
| 74. Wells Fargo Advantage Emerging Markets Equity Fund - Class I | A | Dividend | K | T | Sold (part) | 03/23/20 | J | A | |
| 75. Pimco Total Return Fund - Class P | C | Dividend | K | T | Sold (part) | 09/11/20 | J | A | |
| 76. | | | | | Sold (part) | 09/29/20 | K | A | |
| 77. | | | | | Sold (part) | 12/07/20 | J | A | |
| 78. Angel Oak Multi Strategy Income | B | Dividend | J | T | Sold (part) | 02/07/20 | J | A | |
| 79. | | | | | Sold (part) | 03/25/20 | J | A | |
| 80. | | | | | Sold (part) | 09/11/20 | J | A | |
| 81. | | | | | Sold (part) | 10/30/20 | K | A | |
| 82. EV Income Fund of Boston I | A | Dividend | J | T | | | | | |
| 83. Harbor Cap Appreciation | E | Dividend | N | T | Sold (part) | 03/23/20 | J | A | |
| 84. Delaware Value Instl | D | Dividend | M | T | | | | | |
| 85. Doubleline Total Return I | B | Dividend | K | T | Sold (part) | 07/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 09/11/20 | J | A | |
| 87. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 88. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 89.    Harding Loevner Intl Eqty | A | Dividend | L | T | Sold<br>(part) | 12/10/20 | J | A | |
| 90.    Principal SM MDCP Div Inc I | B | Dividend | M | T | Sold<br>(part) | 02/07/20 | J | A | |
| 91. | | | | | Sold<br>(part) | 06/11/20 | J | A | |
| 92. | | | | | Sold<br>(part) | 08/12/20 | J | | |
| 93.    Principal SPC PRF&CP Sec | A | Dividend | | | Sold | 03/25/20 | L | | |
| 94.    Cyberark Software Ltd | | None | K | T | Buy | 03/31/20 | J | | |
| 95.    Zoom Video Communications | | None | K | T | Buy | 03/31/20 | J | | |
| 96.    Activision Blizzard Inc | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 97.    Walt Disney Co Hldg | | None | | | Buy | 03/31/20 | J | | |
| 98. | | | | | Sold | 04/01/20 | J | A | |
| 99.    SPDR S&P 500 ETF Trust | A | Dividend | L | T | Buy | 04/13/20 | L | | |
| 100.   MSLIF Government PTF Inst | A | Int./Div. | | | Buy | 03/26/20 | L | | |
| 101. | | | | | Sold<br>(part) | 04/20/20 | L | A | |
| 102. | | | | | Sold | 07/14/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. NB Select Opportunities Fund III LP | A | Dividend | M | U | Buy | 04/23/20 | L | | |
| 104. | | | | | Buy (add'l) | 07/16/20 | K | | |
| 105. | | | | | Buy (add'l) | 09/17/20 | K | | |
| 106. | | | | | Buy (add'l) | 09/30/20 | K | | |
| 107. | | | | | Buy (add'l) | 10/30/20 | K | | |
| 108. | | | | | Buy (add'l) | 12/07/20 | K | | |
| 109. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 110. Inherited IRA (H) | | | | | | | | | |
| 111. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |
| 112. Cullen International High Dividend Fund - Institutional Class | A | Dividend | J | T | | | | | |
| 113. EV Income Fund of Boston I | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 114. Harbor Cap Appreciation Inst | E | Dividend | M | T | | | | | |
| 115. Principal SPC PRF&CP Sec | A | Dividend | | | Sold | 03/25/20 | K | A | |
| 116. Proctor & Gamble | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 117. SPDR S&P 500 ETF Trust | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 118. AT & T Corp | | None | | | Buy | 03/31/20 | J | | |
| 119. | | | | | Sold | 04/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Abrams, Ronnie | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. NYS 529 College Savings Plans - Managed by Vanguard (H) | | | | | | | | | |
| 121. Vanguard Developed Market Index | A | Int./Div. | K | T | | | | | |
| 122. Vanguard Growth Stock Index Portfolio | A | Int./Div. | K | T | | | | | |
| 123. Vanguard Value Stock Index Portfolio | A | Int./Div. | K | T | | | | | |
| 124. Vanguard Small Cap Stock Index | A | Int./Div. | J | T | | | | | |
| 125. Trusts (H) - Beneficiaries | | | | | | | | | |
| 126. IShares MSCI Eafe | B | Int./Div. | L | T | Buy (add'l) | 12/15/20 | K | | |
| 127. Ishares MSCI Emerging Mkts | A | Int./Div. | K | T | Buy (add'l) | 12/15/20 | J | | |
| 128. SPDR S&P 500 ETF | B | Int./Div. | M | T | Buy (add'l) | 12/15/20 | L | | |
| 129. Davis Polk Wardell 401K Plan(H) | | | | | | | | | |
| 130. FID Diversified Intl | A | Int./Div. | M | T | | | | | |
| 131. MSIF CP FX Inc | A | Int./Div. | J | T | | | | | |
| 132. Vang Tot Intl Stk | A | Int./Div. | L | T | | | | | |
| 133. Davis Polk Wardell HR10 Plan(H) | | | | | | | | | |
| 134. FID Diversified Intl | A | Int./Div. | L | T | | | | | |
| 135. FID Freedom | A | Int./Div. | L | T | | | | | |
| 136. FID 500 Index | A | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   Vang Tot Intl Stk | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Abrams, Ronnie | 07/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronnie Abrams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544